UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
   DEMETRIA BICKART

CASE NO. 07 B 17870

CHAPTER 13

JUDGE: BRUCE W BLACK

Debtor  
SSN XXX-XX-3249

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/28/07 and confirmed on 12/05/07.

2. The case was converted to Chapter 7 after confirmation, 12/04/2008.

3. The Debtor paid a total of $ 2610.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC PAYMENT CENTER | SECURED VEHIC | .00 | .00 | .00 |
| WACHOVIA DEALER SERVICES | SECURED VEHIC | .00 | .00 | .00 |
| MANTANKY REALTY | SECURED | .00 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 312.61 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 11385.67 | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 1168.25 | .00 | .00 |
| ASSOC PATHOLOGISTS OF JO | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1474.01 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1065.83 | .00 | .00 |
| CLC CONSUMER SERVICES | UNSECURED | 7497.10 | .00 | .00 |
| B REAL LLC | UNSECURED | 5210.41 | .00 | .00 |
| B REAL LLC | UNSECURED | 370.90 | .00 | .00 |
| CITICORP DINERS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2624.53 | .00 | .00 |
| CITY OF JOLIET | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 625.55 | .00 | .00 |
| CREDITORS COLLECTION | UNSECURED | 4330.53 | .00 | .00 |
| DISH NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST DATA LEASING SOLUT | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1403.03 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 637.92 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1561.76 | .00 | .00 |
| MANTANKY REALTY | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CITY BANK | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PRAIRIE EMERGENCY SERVIC | UNSECURED | NOT FILED | .00 | .00 |

```
RH DONNELLEY              UNSECURED       NOT FILED              .00          .00
RETAIL BUS. SUPP          UNSECURED       NOT FILED              .00          .00
HERALD NEWS               UNSECURED       NOT FILED              .00          .00
UNITED DIRECT FINANCE     UNSECURED          218.02              .00          .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         4377.33              .00          .00
ROUNDUP FUNDING LLC       UNSECURED         2435.09              .00          .00
WORLD FINANCIAL NETWORK   UNSECURED         1510.51              .00          .00
ADT SECURITY SYSTEMS      UNSECURED       NOT FILED              .00          .00
JAMES M PHILBRICK         ADMINISTRATIV      650.00              .00       650.00
PORTFOLIO RECOVERY ASSOC  UNSECURED          279.37              .00          .00
ILLINOIS DEPT REVENUE     UNSECURED           54.60              .00          .00
ROUNDUP FUNDING LLC       UNSECURED         1384.45              .00          .00
GE MONEY BANK             UNSECURED         1032.70              .00          .00
```

Summary of disbursements:

```
                     SECURED     PRIORITY   UNSECURED        OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00       962.61    50647.56          .00     51610.17
PRINCIPAL PAID           .00       650.00         .00          .00       650.00
INTEREST PAID            .00          .00         .00          .00          .00
TOTAL PAID               .00       650.00         .00          .00       650.00
```

The Debtor's attorney, JOHN C DENT                , was allowed $   3500.00
and was paid $    315.00  direct and $   1819.93  through the plan.

The Trustee received $    140.07 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 02/18/09                  /S/
                               GLENN STEARNS
                               CHAPTER 13 TRUSTEE


                              PAGE   2
        CASE NO. 07 B 17870 DEMETRIA BICKART